| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF OHIO |
| Case number *(if known)*      Chapter **11** |

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy     4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Miami Valley Indoor Golf LTD.** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **DBA  Miami Valley Sports Bar** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **31-1442530** |
| 4. | Debtor's address | **Principal place of business**<br><br>**930 Watertower Lane**<br>**Dayton, OH 45449**<br>Number, Street, City, State & ZIP Code<br><br>**Montgomery**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **N/A** |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

Debtor   **Miami Valley Indoor Golf LTD.**                          Case number (*if known*)
          Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__7224__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

  ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____                         Relationship _____
District _____  When _____  Case number, if known _____

Debtor **Miami Valley Indoor Golf LTD.** Case number (*if known*)
     Name

**11. Why is the case filed in *this district?***

*Check all that apply:*

- ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  - What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
      Contact name _____
      Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

- ☒ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ☒ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☒ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☒ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **Miami Valley Indoor Golf LTD.**     Case number (*if known*)
    Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 26, 2018**
                  MM / DD / YYYY

X **/s/ Julie Ogletree**            **Julie Ogletree**
Signature of authorized representative of debtor    Printed name

Title    **President**

**18. Signature of attorney**

X **/s/ Denis E. Blasius**        Date **November 26, 2018**
Signature of attorney for debtor                  MM / DD / YYYY

**Denis E. Blasius 0082617**
Printed name

**Law Offices of Ira H. Thomsen**
Firm name

**140 North Main Street, Suite A**
**P.O. Box 639**
**Springboro, OH 45066**
Number, Street, City, State & ZIP Code

Contact phone   **937-748-5001**     Email address   **cornell76@aol.com**

**0082617 OH**
Bar number and State

**Fill in this information to identify the case:**

Debtor name: **Miami Valley Indoor Golf LTD.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF OHIO

Case number (if known):

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 26, 2018**     X **/s/ Julie Ogletree**
Signature of individual signing on behalf of debtor

**Julie Ogletree**
Printed name

**President**
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **Miami Valley Indoor Golf LTD.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF OHIO**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Auto Owners Insurance<br>PO Box 30660<br>Lansing, MI 48909 | | Insurance | | | | $2,732.71 |
| Cap Call, LLC<br>11 Broadway, Suite 814<br>New York, NY 10004 | | Loan<br>UCC Filed January 12, 2018. Junior to other lienholder(s) and wholly unsecured. | Contingent<br>Unliquidated<br>Disputed | | | $35,413.36 |
| Capital Merchant Services<br>1 Evertrust Plaza, 14th Floor<br>Jersey City, NJ 07302 | | Loan | Contingent<br>Unliquidated<br>Disputed | | | $53,406.00 |
| Dayton Power and Light<br>1900 Dryden Rd<br>Dayton, OH 45439 | | Utilities | | | | $1,100.00 |
| DLI Assets Bravo<br>5550 North Brand Boulevard, Suite 2000<br>Glendale, CA 91203 | | Loan<br>Assignee of Quarterspot. UCC Filed January 12, 2018. Junior to other lienholder(s) and wholly unsecured. | Contingent<br>Unliquidated<br>Disputed | | | $49,440.93 |
| Kash Capital<br>1022 Avenue M<br>Brooklyn, NY 11230 | | Loan<br>UCC Filed 2/23/18. Junior to other lienholder(s) and wholly unsecured. | Contingent<br>Unliquidated<br>Disputed | | | $46,380.00 |

Debtor **Miami Valley Indoor Golf LTD.**     Case number *(if known)*
   Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim <br> If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Next Ventures Financing, LLC** <br> **301 Fairforest Circle** <br> **Dayton, OH 45419** | | **All Assets UCC Agreed Judgment Entry** <br> **Case No. 2017 CV 05141 Montgomery County Court of Common Pleas** | **Contingent Unliquidated Disputed** | $450,000.00 | $30,000.00 | $420,000.00 |
| **Ohio Bureau of Workers Compensation** <br> **30 West Spring Street** <br> **Columbus, OH 43215** | | **Workers Compensation Premiums** | **Contingent Unliquidated Disputed** | | | $76,000.00 |
| **Ohio Department of Taxation** <br> **C/O Bankruptcy Division** <br> **30 East Broad Street, 21st Floor** <br> **Columbus, OH 43215** | | **Sales Taxes** | **Contingent Unliquidated Disputed** | | | $203,413.00 |
| **PNC Bank** <br> **PO Box 856177** <br> **Louisville, KY 40285** | | **Line of Credit** | | | | $39,875.48 |
| **PNC Bank** <br> **PO Box 856177** <br> **Louisville, KY 40285** | | **Business Credit Card** | | | | $12,940.04 |
| **Principis Capital, LLC** <br> **111 Town Square Place, Suite 700** <br> **Jersey City, NJ 07310** | | **Loan** | **Contingent Unliquidated Disputed** | | | $1,549.04 |
| **Ron Ruppert Law** <br> **1063 E. Second Street** <br> **Franklin, OH 45005** | | **Legal Services** | | | | $4,700.00 |
| **Shaffer Amusement** <br> **2600 Oneida Dr.** <br> **Dayton, OH 45414** | | **Loan** | | | | $20,000.00 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of Ohio

In re   **Miami Valley Indoor Golf LTD.**                                       Case No.
Debtor(s)                                                                        Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **20,000.00** |
   | Prior to the filing of this statement I have received | $ **15,000.00** |
   | Balance Due | $ **5,000.00** |

2. The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. Seperate fee agreement to be filed with the Court

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **November 26, 2018** | **/s/ Denis E. Blasius** |
| *Date* | **Denis E. Blasius 0082617** |
| | *Signature of Attorney* |
| | **Law Offices of Ira H. Thomsen** |
| | **140 North Main Street, Suite A** |
| | **P.O. Box 639** |
| | **Springboro, OH 45066** |
| | **937-748-5001   Fax: 937-748-5003** |
| | **cornell76@aol.com** |
| | *Name of law firm* |

## United States Bankruptcy Court
### Southern District of Ohio

In re  **Miami Valley Indoor Golf LTD.**                                         Case No.
                                     Debtor(s)                                   Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Julie Ogletree**<br>**5875 North Union Road**<br>**Franklin, OH 45005** | **Owner** | **90%** | **Ownership** |
| **Nellie Pitts**<br>**5875 North Union Road**<br>**Franklin, OH 45005** | **Owner** | **10%** | **Ownership** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **November 26, 2018**                    Signature  **/s/ Julie Ogletree**
                                                          **Julie Ogletree**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

```
Angelia Jackson
8 E. Central Ave., Apt 1
Miamisburg, OH 45342

Auto Owners Insurance
PO Box 30660
Lansing, MI 48909

Bad Jigz, LLC
23 E Central Ave
Miamisburg, OH 45342

Brandon Delph
215 N. Main Street Apt. 2A
Miamisburg, OH 45342

Cap Call, LLC
11 Broadway, Suite 814
New York, NY 10004

Cap Call, LLC
122 East 42nd Street Suite 2112
New York, NY 10168

Capital Merchant Services
1 Evertrust Plaza, 14th Floor
Jersey City, NJ 07302

Casey Cantrell Swartz, Esq.
Taft Stettinius & Hollister, LLP
435 Walnut Street, Suite 1800
Cincinnati, OH 45202

Corporation Services, Inc.
P.O. BOX 2576
Springfield, IL 62708

County Square Properties
926 Watertower Lane
Dayton, OH 45449

Dayton Power and Light
 1900 Dryden Rd
Dayton, OH 45439

Dilligenz
801 Adlai Stevenson Dr.
Springfield, IL 62703

DLI Assets Bravo
5550 North Brand Boulevard, Suite 2000
Glendale, CA 91203
```

```
Elizabeth Miller
8734 Washington Colony Dr.
Dayton, OH 45458

Empire Funding
1022 Avenue M.
Brooklyn, NY 11230

Heba K. Carter, Esq.
110 North Washington St., Suite 500
Rockville, MD 20850

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Jessica Moore
8400 Crossley Rd
Springboro, OH 45066

Jonica L. Ziemer
8 E Central Ave. Apt 1
Miamisburg, OH 45342

Joseph Cummins
10995 Air Hill Road
Brookville, OH 45309

Julie Ogletree
5875 North Union Road
Franklin, OH 45005

Kash Capital
1022 Avenue M
Brooklyn, NY 11230

Katheryn Marker
9722 Pellston Way
Miamisburg, OH 45342

Kathleen Gauldin
4333 Hannaford St.
Dayton, OH 45439

Kathy Hannahan
422 Carlwood Dr.
Miamisburg, OH 45342

Lowell Phelps
8909 Foxglove Way
Miamisburg, OH 45342

Mike McHue
2825 Silver Cliff Dr.
Dayton, OH 45449
```

```
National Processing Company
7851 W. 185th, Suite 200
Tinley Park, IL 60477

Next Ventures Financing, LLC
301 Fairforest Circle
Dayton, OH 45419

Nicholas Pieczonka, Esq.
Taft Stettinius & Hollister, LLP
435 Walnut Street, Suite 1800
Cincinnati, OH 45202

Ohio Attorney General
Attn: Bankruptcy Unit
150 East Gay Street, 21st Floor
Columbus, OH 43215

Ohio Bureau of Workers Compensation
30 West Spring Street
Columbus, OH 43215

Ohio Department of Taxation
C/O Bankruptcy Division
30 East Broad Street, 21st Floor
Columbus, OH 43215

Ohio Dept. of Job and Family Services
Office of Legal Services
30 East Broad Street, 31st Floor
Columbus, OH 43215

PNC Bank
PO Box 856177
Louisville, KY 40285

Principis Capital, LLC
111 Town Square Place, Suite 700
Jersey City, NJ 07310

Quarterspot
2751 Prosperity Ave, Suite 330
Fairfax, VA 22031

Reice Hall
4511 Back Street SE
OH 45730

Robert S. Fagan
8559 Towson Blvd.
Miamisburg, OH 45342

Ron Ruppert Law
1063 E. Second Street
Franklin, OH 45005
```

```
Sarah McCullah
1271 Belvo Estates Dr.
Miamisburg, OH 45342

Securities and Exchange Commission
175 West Jackson Blvd
Suite 900
Chicago, IL 60604

Shaffer Amusement
2600 Oneida Dr.
Dayton, OH 45414

Stephanie Hellman
51F Winchester Place
Dayton, OH 45458

U.S. Attorney -- Dayton
602 Federal Building
200 West Second Street
Dayton, OH 45402

U.S. Attorney General
Main Justice Building Rm 5111
10th & Constitution Ave. N.W.
Washington, DC 20530

William Ryan Kelly
5651 Hawthrone Lane
Franklin, OH 45005
```

# United States Bankruptcy Court
## Southern District of Ohio

In re  **Miami Valley Indoor Golf LTD.**                                                         Case No.
                                    Debtor(s)                                                    Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Miami Valley Indoor Golf LTD.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **November 26, 2018** | **/s/ Denis E. Blasius** |
| Date | **Denis E. Blasius 0082617** |
| | Signature of Attorney or Litigant |
| | Counsel for  **Miami Valley Indoor Golf LTD.** |
| | **Law Offices of Ira H. Thomsen** |
| | **140 North Main Street, Suite A** |
| | **P.O. Box 639** |
| | **Springboro, OH 45066** |
| | **937-748-5001 Fax:937-748-5003** |
| | **cornell76@aol.com** |

**United States Bankruptcy Court**
**Southern District of Ohio**

In re  **Miami Valley Indoor Golf LTD.**                                                        Case No.
                                                    Debtor(s)                                           Chapter      **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Julie Ogletree**, declare under penalty of perjury that I am the **President** of **Miami Valley Indoor Golf LTD.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **2nd** day of October, 20**18**.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Julie Ogletree**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Julie Ogletree**, **President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Julie Ogletree**, **President** of this Corporation is authorized and directed to employ **Denis E. Blasius 0082617**, attorney and the law firm of **Law Offices of Ira H. Thomsen** to represent the corporation in such bankruptcy case."

Date  October 2, 2018                                         Signed  /s/ Julie Ogletree
                                                                              **Julie Ogletree, President**

Date  October 2, 2018                                         Signed  **/s/ Nellie Pitts**
                                                                              **Nellie Pitts, Vice President**

Resolution of Board of Directors
of
**Miami Valley Indoor Golf LTD.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Julie Ogletree**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Julie Ogletree, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Julie Ogletree, President** of this Corporation is authorized and directed to employ **Denis E. Blasius 0082617**, attorney and the law firm of **Law Offices of Ira H. Thomsen** to represent the corporation in such bankruptcy case.

Date  October 2, 2018                                   Signed   **/s/ Julie Ogletree**
                                                                 **Julie Ogletree, President**

Date  October 2, 2018                                   Signed   **/s/ Nellie Pitts**
                                                                 **Nellie Pitts, Vice President**